Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

____CIVIL_____ Division

TERENCE RAY WALDRON

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

SIGNAL SPECIALTIES, INC
HWR, A JOINT VENTURE
RAILWORKS CORPORATION

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

FILED BY _____ D.C.
JUL 20 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Terence Ray Waldron |
   | Street Address | 2125 31st Avenue |
   | City and County | Vero Beach Indian River county |
   | State and Zip Code | FL 32960 |
   | Telephone Number | 305-332-0919 |
   | E-mail Address | trw1216@mac.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Signal Specialties, Inc |
| Job or Title *(if known)* | |
| Street Address | 600 S Riverside Road |
| City and County | Saint Joseph Buchannon county |
| State and Zip Code | MO |
| Telephone Number | 816-901-4933 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | HWR, A joint venture et al |
| Job or Title *(if known)* | |
| Street Address | 300 North DR Ste 100 |
| City and County | Melbourne Brevard county |
| State and Zip Code | FL 32934 |
| Telephone Number | 816-901-4933 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Railworks Corporation |
| Job or Title *(if known)* | |
| Street Address | 5 Penn Plaza, 15 fl |
| City and County | New York New York |
| State and Zip Code | NY 10001 |
| Telephone Number | 212-502-7900 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | HWR |
| Street Address | 1100 17 Street |
| City and County | Vero Beach Indian River |
| State and Zip Code | FL 32960 |
| Telephone Number | 816-901-4933 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✔] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☑ Other acts *(specify)*: sexual harassment male

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
October 2018-January 2021

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race
- ☐ color
- ☑ gender/sex    male
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

> Plaintiff experienced, during the entire course of his employment sexually explicit conduct, offensive behavior and harassing sexually explicit conduct.
> The ongoing and persistent sexually harassing behaviors and discriminatory conduct were sufficiently pervasive and pernicious as to unreasonably interfere with plaintiffs mental and physical health, work performance and served to create an intimidating, hostile and offensive working environments.
> Plaintiff was subjected to multiple graphic sexual depictions, questions, conversations and open displays of pornography within the work environment, by the defendants employees and sub contractors, during the course of employment and across multiple workplace environments "continued on attachment"

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 06/29/2021 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-20-2021

Signature of Plaintiff

Printed Name of Plaintiff    Terence R. Waldron

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# The facts of my case are as follows.

Plaintiff experienced, during the entire course of his employment sexually explicit conduct, offensive behavior and harassing sexually explicit conduct.
The ongoing and persistent sexually harassing behaviors and discriminatory conduct were sufficiently pervasive and pernicious as to unreasonably interfere with plaintiffs mental and physical health, work performance and served to create an intimidating, hostile and offensive working environments.
Plaintiff was subjected to multiple graphic sexual depictions, questions, conversations and open displays of pornography within the work environment, by the defendants employees and sub contractors, during the course of employment and across multiple workplace environments

Plaintiff discussed with foreman, supervisors and company principals the nature and scopes of some of these incidents and was told, by all reported to, that they were seemingly minor in nature, unfounded,  or sensationalized.
When plaintiff asked to be able to contact HR to discuss these ongoing and pervasive issues, Plaintiff was directly told " we don't need HR to handle this, we handle theses things in-house"
Plaintiff felt that enduring such harassing and sexual behaviors became a condition on which his continued employment rested and further believed, he would suffer retaliatory consequences for continuing to voice concerns regarding his ongoing workplace difficulties.
Plaintiff agrees that while no explicit policies or procedures exist that facilitate these institutionalized sexualized and harassing behaviors, they are subject to an on-going and potent culture of resistance to change, denialism, secrecy refusal of oversight that frequently left unaddressed, tolerated and allowed these behaviors to be present nonetheless.

Plaintiff acknowledges that he did leave his workplace on a particular day, when, while he was working in a compromised position, that the two fellow workers repeatedly engaged in graphic sexual assault discussion and demonstrations, that left the plaintiff in fear for his physical safety.

Plaintiff feels that he was constructively dismissed, and such a determination has been upheld by the EEOC officer, as noted on his enclosed Charge report.

Plaintiff considered that the failure of company management to act upon these issues, in any official capacity, or take corrective actions, resulted in an ongoing work environment of sexual discrimination, harassment and an oppressive hostile and offensive work environment, and the plaintiff was offered no relief and that Defendant failed to take any reasonable or necessary steps to insure that their employees and companies were in compliance with Title VII of the Civil Rights act of 1964.

Plaintiff considers that the employers inability to address these frequent and noticeable behaviors has led to his constructive dismissal from his job and its duties. Plaintiff further alleges that the employer and employee had a good faith consideration to be free from such illegal behaviors under Title VII,  that was understood to be an essential element of the employee/employer relationship.

Plaintiff alleges that no such Title VII protections were afforded to plaintiff, and seeks monetary and inductive relief.

## Relief

Since October 2018, Defendant has engaged in and allowed to occur, ongoing violations of Title VII codes. additionally, Defendant unlawfully and constructively dismissed Plaintiff, as detailed above. The Defendants unlawful employment practices were intentional and occurred with reckless indifference to Plaintiff.

As a direct result of the Defendant's willful, knowing ad intentional discrimination and retaliation (constructive dismissal) against Plaintiff, Plaintiff has suffered and will continue to suffer pain, humiliation and emotional distress. Plaintiff has also suffered and will continue to suffer a loss of earnings and other employment benefits and opportunities.

By reason thereof, Plaintiff is entitled to punitive or exemplary damages from the Defendants in a sum according to proof at trial.

The Plaintiff also asks the Court to order to institute Defendants to carry out policies, programs and practices which provide equal employment opportunities for all classes of employees. and to pledge to eradicate its previous unlawful employment practices. Plaintiff also seeks to have the court establish a third-party monitor, to ensure such practices and policies are implemented effectively and transparent to the entire workforce.

Plaintiff asks the Court to order Defendants to make Plaintiff whole by ordering back pay, with interest, front pay, and other affirmative and equitable relief necessary.

Plaintiff further asks the Court to order Defendants to provide to Plaintiff, compensation for past and future non- pecuniary losses, including emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life and humiliation.

Plaintiff asks the Court to order Defendants to pay punitive damages for its malicious and reckless conduct, as outlined above

and within the EEOC Charge Report

Plaintiff asks the Court to order the Defendants to provide separate, in-person training to its officers, managers, supervisors, foreman and employees regarding discriminatory sexual harrassment and proper channels to address it, within the workplace.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>563-2021-00870 |
|---|---|---|

**MISSOURI COMMISSION ON HUMAN RIGHTS** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>MR. TERENCE R WALDRON | Home Phone<br>(305) 332-0919 | Year of Birth<br>1963 |
|---|---|---|

Street Address: 2125 31ST AVENUE, VERO BEACH, FL 32960

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>SIGNAL SPECIALTIES INC | No. Employees, Members<br>15 - 100 | Phone No.<br>(816) 901-4933 |
|---|---|---|

Street Address: PO BOX 531, SAINT JOSEPH, MO 64502

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address:

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-15-2018    Latest: 01-10-2021
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about October 15, 2018 I was hired by Signal Specialties Inc. to perform duties as a Truck Driver/Warehouse Worker.

On or about January 10, 2021, I was constructively discharged.

I was subjected to reoccurring sexual harassment during my employment by co-workers. The working environment was sexually tainted and everyone participated in the sexual talk. Sex videos were also shared. I filed multiple complaints to the Warehouse Manager; however, he said there was nothing he could do. The sexual harassment continued and it was creating a hostile working environment.

On or about January 9, 2021, a co-worker sent me a text message asking why people identify with the male pronouns he/him/his. On or about January 10, 2021, the co-worker continued the discussion about male pronouns when he came to work. Three co-workers started

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally signed by Terence R Waldron on 06-29-2021 08:14 AM EDT**

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**563-2021-00870** |
|---|---|---|

| **MISSOURI COMMISSION ON HUMAN RIGHTS** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

discussing male pronouns and why people use the pronouns to identify themselves. The conversation made me uncomfortable. The three co-workers also made comments that made me feel unsafe. They were referencing sexual assault. At approximately 11:00 on January 10th I left work without telling anyone. I called the V.P. and told him that I did not feel safe and was leaving.

On January 11th, the V.P. called me to find out what had happened on the 10th. I filed a complaint with the V.P. I also spoke to HR and the EEO Officer and filed a complaint. The investigation did not corroborate my allegations. I was told that it appeared I had sensationalized the conversation and it was a common discussion among co-workers.

I believe I was sexually harassed because of my sex (male) and constructively discharged in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Terence R Waldron on 06-29-2021 08:14 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
# MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON | ANNA S. HUI | DEREK M. HOLLAND | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIR | EXECUTIVE DIRECTOR |

June 29, 2021

Terence R. Waldron
2125 31st Avenue
Vero Beach, FL 32960

RE: Waldron vs. Signal Specialties, Inc.
FE-06/21-33321    563-2021-00870

This is to inform you that when you filed your complaint with the Equal Employment Opportunity Commission (EEOC) it was also filed with the Missouri Commission on Human Rights (MCHR).

**This complaint will be investigated by the EEOC.** You are encouraged to cooperate fully in the investigation. An investigator from that agency will be in contact with you.

The Missouri Human Rights Act provides that you may request a right to sue letter. Such a letter would allow you to file suit in state court against the Respondent named in your complaint using your own resources. MCHR closes its case when it issues a right to sue letter.

If MCHR adopts EEOC's finding and closes your complaint, then you will not be able to get a right to sue letter from MCHR. If you want a right to sue letter, then you may request one in writing at any time. If you have requested a right to sue letter and MCHR has not completed its administrative processing of your complaint after it has been on file for over 180 days, then MCHR will issue your right to sue letter.

Respectfully,

*Teresa Farris*

Teresa Farris
Lead Administrative Support Assistant
Missouri Commission on Human Rights – *Jefferson City*
*Teresa.Farris@Labor.Mo.Gov*

FE-06/21-33321
Administrative Use/Records

| ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|
| JEFFERSON CITY OFFICE | ST. LOUIS OFFICE | KANSAS CITY OFFICE | SIKESTON OFFICE |
| 421 E. DUNKLIN ST. | 111 N. 7TH STREET, SUITE 903 | P.O. BOX 1129 | 106 ARTHUR STREET, SUITE D |
| P.O. BOX 1129 | ST. LOUIS, MO 63101-2100 | JEFFERSON CITY, 65102-1129 | SIKESTON, MO 63801-5454 |
| JEFFERSON CITY, MO 65102-1129 | PHONE: 314-340-7590 | FAX: 816-889-3582 | FAX: 573-472-5321 |
| PHONE: 573-751-3325 | FAX: 314-340-7238 | | |
| FAX: 573-751-2905 | | | |

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.*
TDD/TTY:   1-800-735-2966 (TDD)    Relay Missouri: 711
www.labor.mo.gov/mohumanrights      E-Mail: mchr@labor.mo.gov